UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE R BEHRENS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 23CV2254-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR THE AWARD OF ATTORNEY FEES PURUSANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**<br><br>**[ECF No. 13]** |

On December 9, 2023, Plaintiff filed a complaint in this matter seeking judicial review of the denial of her application "for Social Security Disability Insurance benefits and Supplemental Security Income benefits for lack of disability." ECF No. 1.

On February 9, 2024, the parties filed a Joint Motion for Voluntary Remand. ECF No. 10. On February 12, 2024, the Court granted the parties' Joint Motion for Voluntary Remand. ECF No. 11.

On March 27, 2024, the parties filed a Joint Motion for the Award Of Attorney Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d). ECF No. 13.

The EAJA allows a prevailing party to seek attorney's fees from the United States within thirty days of final judgment. 28 U.S.C. § 2412(d). "A sentence four remand becomes a final judgment, for purposes of attorneys' fees claims brought pursuant to the EAJA, 28 U.S.C. §

2412(d), upon expiration of the time for appeal." <u>Akopyan v. Barnhart</u>, 296 F.3d 852, 854 (9th Cir. 2002). If one of the parties is the United States, either party may file a notice of appeal within sixty days of the order appealed from. <u>See</u> Fed. R. App. P. 4(a)(1)(B). "A plaintiff who obtains a sentence four remand is considered a prevailing party for attorneys' fees." <u>Akopyan</u>, 296 F.3d at 854. Plaintiff is the prevailing party in this action for purposes of attorney's fees, the parties' joint motion is timely, and the Court finds the stipulated amount of fees and expenses reasonable.

Having considered the joint motion and finding the stipulated amount of fees and expenses reasonable, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff attorney's fees in the total amount of $1345.41 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, subject to the terms of the parties' joint motion [<u>see</u> ECF No. 13]. Fees will be made payable to Jodie R. Behrens, but if the Department of the Treasury determines that Jodie R. Behrens does not owe a federal debt, then the government will cause the payment of fees, expenses, and costs to be made directly to John Metsker DBA The Metsker Law Firm, PO Box 590881, San Francisco, CA 94159. Any payments will be delivered to John Metsker.

**IT IS SO ORDERED**.

Dated: 3/29/2024

Hon. Barbara L. Major
United States Magistrate Judge